## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-41-BAJ-SDJ |
| VS | JUDGE BRIAN A. JACKSON |
| SHAMYRIN DJOHDI JOHNSON | MAGISTRATE JOHNSON |

### MOTION TO MODIFY POST CONVICTION CONDITIONS OF RELEASE

**NOW INTO COURT,** through undersigned counsel, comes the defendant, Shamyrin D. Johnson, who respectfully moves this Court as follows:

1.

The defendant was indicted on July 2, 2020 for one count of Conspiracy to Commit Arson Affecting Interstate Commerce in violation of 18 U.S.C. § 844(n) and (i) and four counts of Arson Affecting Interstate Commerce in violation of 18 U.S.C. § 841(i) and 2.

2.

On August 5, 2020, the defendant entered a plea of not guilty and was continued on the pre-trial release conditions previously imposed by the Court on June 15, 2020. (Rec. Doc. 27). Those conditions include *inter alia* curfew and location monitoring.

3.

On June 10, 2021, the defendant entered a plea of guilty to Count One of the Indictment pursuant to a plea agreement, and was released on post-conviction bond with the same conditions as his pre-trial release including the requirement for location monitoring.

4.

The defendant shows that he has complied with all of the conditions of his pre-trial release and that location monitoring is no longer necessary to comply with the requirements of 18 U.S.C. § 3142(c)(1)(B).

5.

The United States has no objection to this modification of defendant's conditions of release to remove the requirement for location monitoring.

      RESPECTFULLY SUBMITTED:
      REBECCA L. HUDSMITH
      FEDERAL PUBLIC DEFENDER FOR THE
      MIDDLE & WESTERN DISTRICTS OF LOUISIANA

By:   S/ Richard M. Upton
      **RICHARD M. UPTON, BAR NO.12984**
      Assistant Federal Public Defender
      707 Florida Street, Suite 303
      Baton Rouge, Louisiana 70801
      (225)382-2118 (Phone)
      (225) 382-2119(Fax)
      Mark_Upton@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2021, a copy of the foregoing *Motion to Modify Post Conviction Conditions of Release* was filed electronically with the Clerk of Court using CM/ECF system. Notice of this filing will be sent to Assistant United States Attorney Paul Pugliese by operation of the court's electronic filing system.

      S/ Richard M. Upton

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-41-BAJ-SDJ |
| VS | JUDGE BRIAN A. JACKSON |
| SHAMYRIN DJOHDI JOHNSON | MAGISTRATE JOHNSON |

## ORDER

Considering the defendant's foregoing *Motion to Modify Post Conviction Conditions of Release*;

IT IS HEREBY ORDERED that the defendant's motion is hereby granted and the condition of release requiring locating monitoring shall be removed.

THUS DONE AND SIGNED this _____ day of _____, 2021.

_____
JUDGE BRIAN A. JACKSON
United States District Court Judge