UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-0041-BAJ-SDJ |
| VERSUS | JUDGE BRIAN A. JACKSON |
| TERRY LEMOND DORSEY | MAGISTRATE JUDGE JOHNSON |

## MOTION TO MODIFY POST CONVICTION CONDITIONS OF RELEASE

**NOW INTO COURT,** through undersigned counsel, comes the defendant, Terry Lemond Dorsey, who respectfully moves this Court as follows:

1.

The defendant was indicted on July 2, 2020, for one count of Conspiracy to Commit Arson Affecting Interstate Commerce in violation of 18 U.S.C. § 844(n) and (i) and four counts of Arson Affecting Interstate Commerce in violation of 18 U.S.C. § 841(i) and 2.

2.

On August 3, 2020, the defendant entered a plea of not guilty and was remanded into custody of the United States Marshals Service.

3.

On February 10, 2021, the defendant was released from custody and conditions of release were imposed by this Honorable Court (Rec. Doc. 99). Those conditions include *inter alia* curfew and location monitoring.

4.

On June 10, 2021, the defendant entered a plea of guilty to Count One of the Indictment pursuant to a plea-agreement; he was released on post-conviction bond with the same conditions as his pre-trial release including the requirement for location monitoring.

5.

The defendant shows that he has complied with all conditions of his pre-trial release and that location monitoring is no longer necessary to comply with the requirements of 18 U.S.C. § 3142(c)(1)(B).

6.

The United States has no objection to this modification of defendant's conditions of release to remove the requirement for location monitoring.

RESPECTFULLY SUBMITTED:

BRADY SKINNER III
By:     /s/ Brady Skinner III
**BRADY SKINNER III, LA BAR NO. 34979**
830 Main Street
Baton Rouge, Louisiana 70802
Phone: 225-381-3040
Fax:    225-228-4256
bskinner@bsajustice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the United States Attorney by operation of the court's electronic filing system.

/s/ Brady Skinner III